NOT DESIGNATED FOR PUBLICATION

COURT OF APPEAL, THIRD CIRCUIT

13-831

STATE OF LOUISIANA

VERSUS

SHERMAN D. SHARP

\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE

TWENTY-EIGHTH JUDICIAL DISTRICT COURT

PARISH OF LASALLE, NO. 96665

HONORABLE J. CHRISTOPHER PETERS, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*

ELIZABETH A. PICKETT

JUDGE

\*\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, Elizabeth A. Pickett, and James T. Genovese, Judges.

APPEAL DISMISSED.

J. Reed Walters
District Attorney – 28th JDC
P. O. Box 1940
Jena, LA  71342
(318) 992-8282
COUNSEL FOR APPELLEE:
    State of Louisiana

Kevin V. Boshea
2955 Ridgelake Drive, Suite 207
Metairie, LA  70002
(504) 834-2114
COUNSEL FOR APPELLANT:
    Sherman D. Sharp

Pickett, Judge.

Defendant, Sherman D. Sharp, pled guilty on January 31, 2013, to manufacture of methamphetamine, a violation of La.R.S. 40:967(A)(1). On March 4, 2013, Defendant filed a "Motion to Withdraw Guilty Plea" with the trial court. Subsequently, an evidentiary hearing was held on June 11, 2013, wherein the trial court denied Defendant's Motion to Withdraw Guilty Plea.

On June 12, 2013, the trial court granted Defendant's motion seeking an appeal of the June 11, 2013, trial court's ruling. As a result, Defendant filed an appeal with this court.

On July 26, 2013, this court issued an Order for Defendant to show cause, by brief only, on or before August 14, 2013, why the appeal should not be dismissed as premature, as sentence has not yet been imposed. No response was received by Defendant.

Pursuant to La.Code Crim.P. art. 912(C)(1), a defendant may appeal a judgment which imposes a sentence. The record in this case does not show that a sentence has been imposed. Accordingly, we hereby dismiss Defendant's appeal.

**APPEAL DISMISSED.**